RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

PAUL S. YOHANAN
BRENDA K. YOHANAN

Debtor(s).

Case No.: 09-90519

D.C. No.: N/A

CHAPTER 13 PROCEEDING

TRUSTEE'S VERIFIED EX PARTE APPLICATION FOR ORDER AUTHORIZING RETURN OF UNCLAIMED DIVIDEND ERRONEOUSLY DEPOSITED WITH THE COURT

RUSSELL D. GREER, Chapter 13 Standing Trustee in the above referenced matter, respectfully represents as follows:

1. On March 18, 2014, Trustee's Notice Of Unclaimed Dividend(s) By Creditor(s) was filed with the Court (Docket Number 85) acknowledging that Trustee had deposited with the Court $201.38 that had been unclaimed in Debtors' bankruptcy proceeding by creditor Roundup Funding LLC. This deposit was made in error. Upon auditing Debtors' case Trustee's staff discovered that this creditor's claim had been erroneously entered twice in Trustee's computer system, that Roundup Funding LLC was not entitled to these funds, and that they should not have been deposited with the Court.

2. Trustee requests that the $201.38 deposited in error by Trustee with the Court be returned to Trustee for distribution in accordance with the confirmed plan in Debtors' case.

Dated: July 31, 2014           Respectfully submitted,


/S/ RUSSELL D. GREER
RUSSELL D. GREER,
Chapter 13 Standing Trustee

## VERIFICATION

I, Russell D. Greer, Chapter 13 Standing Trustee, declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration has been executed on July 31, 2014, in Modesto, Stanislaus County, California.

/S/ RUSSELL D. GREER
RUSSELL D. GREER,
Chapter 13 Standing Trustee